IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
NOV 2 1 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| KEVIN BRANDT,<br><br>Plaintiff,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, INC., and JOHN DOE DEFENDANTS 1-6,<br><br>Defendants. | CV 18-128-BLG-SPW<br><br>ORDER |

Upon the Plaintiff's Second Motion for Leave to File Documents Under Seal (Doc. 50), and for good cause shown,

IT IS HEREBY ORDERED that the motion for leave to file documents under seal is **GRANTED**.

The Clerk of Court is directed to file the documents referenced in Plaintiff's Motion (Doc. 50) under seal.

DATED this 21st day of November, 2019.

SUSAN P. WATTERS
United States District Court

1