

FILED

DEC 06 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KEVIN BRANDT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, INC., and JOHN DOE DEFENDANTS 1-6,<br><br>　　　　　　Defendants. | CV 18-128-BLG-SPW<br><br><br><br>ORDER |

Upon the Defendant Old Dominion Freight Line, Inc.'s Second Motion for Leave to File Under Seal (Doc. 58), and for good cause shown,

IT IS HEREBY ORDERED that the motion for leave to file under seal is **GRANTED**.

The Clerk of Court is directed to file the exhibit referenced in Defendant's Motion under seal.

DATED this 6th day of December, 2019.

　　　　　　　　　　　　　　　　_Susan P. Watters_
　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　United States District Court

1