IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
DEC 13 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| KEVIN BRANDT,<br><br>Plaintiff,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, INC., and JOHN DOE DEFENDANTS 1-6,<br><br>Defendants. | CV 18-128-BLG-SPW<br><br><br>ORDER |

Upon the Defendant Old Dominion Freight Line, Inc.'s Third Motion for Leave to File Under Seal (Doc. 77), and for good cause shown,

IT IS HEREBY ORDERED that the motion for leave to file under seal is **GRANTED**.

The Clerk of Court is directed to file the exhibits referenced in Defendant's Motion under seal.

DATED this 12th day of December, 2019.

SUSAN P. WATTERS
United States District Court

1