IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

DEC 2 3 2019

Clerk, U S District Court
District Of Montana
Billings

| KEVIN BRANDT, | CV 18-128-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| OLD DOMINION FREIGHT LINE, INC., and JOHN DOE DEFENDANTS 1-6, | |
| Defendants. | |

Upon the Plaintiff's Fourth Motion for Leave to File Under Seal (Doc. 89), and for good cause shown,

IT IS HEREBY ORDERED that the motion for leave to file under seal is **GRANTED**.

The Clerk of Court is directed to file the exhibits referenced in Plaintiff's Motion (Doc. 89) under seal.

DATED this 23rd day of December, 2019.

SUSAN P. WATTERS
United States District Judge

1