

FILED

MAR 27 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| KEVIN BRANDT,<br><br>Plaintiff,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, INC., and JOHN DOE DEFENDANTS 1-6,<br><br>Defendants. | CV 18-128-BLG-SPW<br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

**IT IS HEREBY ORDERED** that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

**IT IS FURTHER ORDERED** that all deadlines are **VACATED** and any pending motions are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the telephonic scheduling conference scheduled for Friday, May 8, 2020 at 9:30 a.m. is **VACATED.**

1

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 26th day of March, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE