IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KEVIN BRANDT,<br><br>               Plaintiff,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, INC., and JOHN DOE DEFENDANTS 1-6,<br><br>               Defendants. | CV 18-128-BLG-SPW<br><br><br>ORDER |

Upon Plaintiff's Stipulated Motion to Dismiss (Doc. 124), and the parties' representation that this matter has been fully and finally settled,

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, each party to bear their own costs and attorney fees.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 11th day of May, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1